# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

FILED
2016 FEB 1 AM 10 19
U.S. DISTRICT COURT
NEW HAVEN, CT.

Arthea Walsh
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Ocwen Loan Servicing
GMAC Mortgage Corp
Matl Listro
David Friedman
Dan Burns
Robert J Wichowski
_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. 3:16cv146 (JAM)
(To be supplied by the court)

## A. PARTIES

1. Arthea Walsh is a citizen of Connecticut who
   (Plaintiff)                        (State)
   presently resides at 9 Northmoor Rd, Milford, CT, 06460.
                        (mailing address)

2. Defendant Ocwen Loan Servicing is a citizen of Connecticut
              (name of first defendant)                (State)
   whose address is 50 Weston Street, Hartford, CT, 06120-1537.

   and who is employed as Ocwen Loan Servicing.
                          (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes _X_ No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant **GMAC Mortgage Corp.** is a citizen of **Iowa**
    (name of second defendant)                                   (State)

whose address is **3451 Hammond Ave., Waterloo, Iowa, 50702**

and who is employed as **GMAC Mortgage Corp.**
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes _X_ No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    _X_   42 U.S.C. § 1983 (applies to state defendants)

    ____  ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. See attached papers

The Defendant did to the plaintiff Civil Conspiracy, Contract Claims, mail and wire Fraud, unfair debt collection, Negligence Claims, defamation in Claims, Breach of contract, Respa Violation Claims, Fraud claims, intetional distress, unjust enrichment, Conn. credit claims, Tortuous interference Conversion claims, Reckless misconduct, fraud malice, misrepresentation, manipulation, including the intentional destruction of information and document forgery, unfair trade practices, and the Plaintiff is a mental, phyical, and learning disabled.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Contract Claims, unfair debt collection, Negligence Claims, defamation Claims, Breach of contract, Conn. credit Claims, Conversion Claims, misrepresentation, manipulation, including the intentional destruction of information and document forgery.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Please Read C. Nature of The Case/Backround also I'm attaching all documents of proof, and evidences, to show to the Court, I Arthea Walsh has never had a mortgage or loan. Also proof and evidences of all Fraud claims and contracts, mail and wire fraud, and everything that is writen on Claim I, Claim II, Claim III.

**Claim II:** Intetional distress, Tortuous interference, Civil Conspiracy to plaintiff Arthua Walsh who is mentally, physically and Learning disabled.

Supporting Facts:

**Claim III:** Mail and Wire Fraud, Respa violation claims, unjust enrichment, fraud malice, and Unfair trade practices

Supporting Facts:

## E. PREVIOUS LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
   _X_ Yes ____No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit:

   Plaintiff(s): GMAC Mortgage, Corp.

   Defendant(s): Arthea Walsh

   b. Name and location of court and docket number Civil Court, N. Superior Court - NNH-CV-08-5020435-S

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) Pending

   d. Issues raised: _____

   e. Approximate date of filing lawsuit: ~~2-1-16~~

   f. Approximate date of disposition: 2-1-16

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

## F. REQUEST FOR RELIEF

I request the following relief:

The plaintiff Arthea Walsh would like to be reimbursed for the 30 years of harassment the defendants put her threw. She would like $1,000,000,000.+ and to keep house

## G. JURY DEMAND

Do you wish to have a jury trial?  Yes  _X_     No _____

_____    *Arthea Walsh*
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____    Arthea Walsh
Printed Name    Printed Name

    9 Northmoor Rd
    Milford Ct 06460

( )    (203) 878 1170
Attorney's full address and telephone    Plaintiff's full address and telephone

_____    _____
Email address if available    Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on 2-1-16 .
            (location)                (date)
                    *Arthea Walsh*
                    **Plaintiff's Original Signature**

(Rev. 9/22/09)

6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COMPLAINT FORM

Arthea Jean Walsh

_____
Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3:16CV146 (JAM)
(To be supplied by the Court)

v.

Ocwen Loan Seving
GMAC Mortgage Corp
Matt Listro
David Friedman
Dan Burns
Robert J Wichowski
Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Arthea Walsh is a citizen of Connecticut who
   (Plaintiff)                          (State)
   presently resides at 9 Northmoor Road Milford CT 06460.
                         (mailing address)

2. Defendant Ocwen Loan Seving is a citizen of _____
              (name of first defendant)              (State)
   whose address is 50 Weston St Hartford ct 06120-1532.

3. Defendant <u>GMAC Mortgage Corp</u> is a citizen of _____
   (name of second defendant)                                (State)

whose address is <u>3451 Hammond Ave Waterloo Iowa 50702</u>

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

See papers: Never Took out a Mortgage, Did Make agreement to pay $340.59 for the Defendants To Stop harassing me. Defendants Started making up Loans and wanted more money

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** See papers

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See papers Never took out Loan or Mortgage. Thirty years ago I belive them when they told me a Dead person took out a Loan on my house and I had to Pay them back. I'am mentally, physically and learning disabled and hasn't worked since the 70s. In the begaining I didn't up understand and they cheated me

**Claim II:**

Supporting Facts: See papers

3

# E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
   ____Yes __X__No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

   b. Name and location of court and docket number g_____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

_____

   d. Issues raised: _____

_____

4

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

My house back and reimbursed for 30 years of harassment and the Law to stop people like these from doing this to everyone

## G. JURY DEMAND

Do you wish to have a jury trial?  Yes __✓__   No _____

_____          _____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____          _____
Printed Name                                          Printed Name

_____          _____

_____          _____
( )                                                           ( )
Attorney's full address and telephone    Plaintiff's full address and telephone

_____          _____
Email address if available                    Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on 2-1-16 _____.
                    (location)                                 (date)

_arthea Walsh_
**Plaintiff's Original Signature**

(Rev.9/22/09)

6