UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHEA WALSH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:16-CV-146 (JAM) |
| v. | : | |
| | : | |
| OCWEN LOAN SERVICING; GMAC MORTGAGE CORP.; MATT LISTRO; DAVID FRIEDMAN; DAN BURNS; ROBERT J. WICHOWSKI, | : | MARCH 29, 2016 |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-referenced case on behalf of the Defendant David Friedman.

Respectfully Submitted,

ATTORNEY FOR DEFENDANT
DAVID FRIEDMAN


By:   */s/ David P. Friedman*
       David P. Friedman ct03558
       dfriedman@murthalaw.com

Murtha Cullina LLP
177 Broad Street
Stamford, Connecticut 06901
Telephone:  203.653.5400
Facsimile:   203.653.5444
His Attorneys

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of March, 2016, a copy of the Notice of Appearance will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings. Parties may access this filing through the Court's CM/ECF system.

To:

*Via First Class Mail:*
Arthea Walsh
9 Northmoor Road
Milford, CT 06460
*Pro Se Plaintiff*

                 */s/ David P. Friedman*
                 David P. Friedman